UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NUMBER: CR 203-37 |
| | * |
| MICHAEL SHAE HARVEY, | * |
| Defendant | * |

## ORDER

The defendant, Michael Shae Harvey's, Motion for Early Termination of Supervised Release having been read and considered;

IT IS HEREBY ORDERED that the defendant, Michael Shae Harvey, is hereby discharged from supervised release and that the proceedings in the case be terminated.

This 12 day of April, 2006.

Honorable Anthony A. Alaimo
Judge, United States District Court
Southern District of Georgia